IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| QUAD INT'L, INC., ) | |
| ) | |
| ) | Civil Action No.: 12-676-N |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| JOHN DOE, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety without prejudice.

In accordance with Federal Rule of Civil Procedure 41(a)(1), Defendant has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Respectfully submitted,

Quad Int'l, Inc.

DATED: February 18, 2013

By:  /s/ Curtis R. Hussey

Curtis R. Hussey (Bar No. HUSSC7684)
*Attorney for Plaintiff*
**ADDRESS OF COUNSEL:**
P.O. Box 1896
Fairhope, AL 36533-1896
C/O Tel: (415) 325-5900
Email: blgibbs@wefightpiracy.com

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 18, 2013, all individuals of record who are deemed to have consented to electronic service are being served true and correct copy of the foregoing documents, and all attachments and related documents, using the Court's ECF system.

                 /s/ Curtis R. Hussey