IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **QUAD INTERNATIONAL, INC.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| v. | : | **CIVIL ACTION 12-00676-N** |
| | : | |
| **JOHN DOE,** | : | |
| **IP #99.102.20.29** | : | |
| | : | |
| **Defendant.** | : | |

## CLERK'S NOTICE OF CLOSING

Pursuant to the filing of the Motion to Dismiss filed by the plaintiff on February 18, 2013 (Doc. 8), and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), this action is CLOSED.

DONE this 19th day of February, 2013.

CHARLES R. DIARD, CLERK

By:   s/Sandra Rey
       Deputy Clerk